Exhibit G

# NYCERS
## RETIREMENT AND BENEFITS

NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM

MAIL ONLY:  
335 ADAMS STREET,  
SUITE 2300  
BROOKLYN, NY 11201-3751

ALL OTHER SERVICES:  
340 JAY STREET,  
MEZZANINE LEVEL  
BROOKLYN, NY 11201-3751

TEL: (347) 643-3000  
EXECUTIVE DIRECTOR: DIANE D'ALESSANDRO

September 18, 2007

Mary Dickman  
United States Attorney's Office  
Eastern District of New York  
One Pierrepont Plaza  
Brooklyn, N.Y. 11201

Re: Peter Gotti  
P# 129017  
Criminal Docket# CR-02-1040 (EDNY)

Dear Ms. Dickman:

I am in receipt of your fax dated August 24, 2004 with regards to Peter Gotti and the total pension payments owed to Mr. Gotti pursuant to the Restraining Order and Writ of Garnishment December 2004.

Please be advised that at this time Mr. Gotti is owed $73,292.88.

Here is a breakdown of what is currently owed to Mr. Gotti:

| | |
|---|---|
| June 2004 | $ 1,996.83 |
| September 2004 through August 2005 | $22,130.13 |
| September 2005 through August 2006 | $24,429.96 |
| September 2006 through August 2007 | $24,735.96 |
| | $73,292.88 |

Based on the $73,292.88 that is owed to Mr. Gotti $42,328.08 is pension payments and the other $30,964.80 is due to Cost-of-Living Adjustments.

I hope the information I have provided is sufficient. If there is anything further is needed with regards to this request feel free to contact me.

Very truly yours,

Sonya Grant

Sonya Grant  
Paralegal/Access Officer – Legal Affairs  
Phone: (347) 643-3603