UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
Plaintiff

v.

Peter Gotti,
Defendant

02-CR-606 (FB)(ASC)

## Under 18 USC 3771 (a)(1)
## Motion For Right to be heard under the victims crimes Act

Comes Now, Jonathan Lee Riches under the Victims crimes act 18 USC 3771 (a)(1) Moves for the right to be heard in this case Against Peter Gotti. For many years Peter Gotti would put me through a world of mental and physical torture. Peter Gotti on behalf of John Gotti put a international hit out on my life for sleeping with John Gotti's wife Victoria and me being the father to her youngest son, I have DNA as proof and Evidence. In 2001, Petter Gotti hung me from a ferris wheel at Coney Island because I would not give him my weekly Taco Bell paycheck. I also had secret Audio tapes of Peter Gotti meeting with FBI Agents at the Holiday Inn over 65 times discussing mob details with them and photographs which Gotti is after me for because the National Enquirer wants to buy them from me. I sued John Gotti in Federal court. Riches v. Gotti. Peter Gotti threatened to cement my shoes and throw me overboard at the Hamptons. I'm so scared of Peter Gotti that I have/had a nervous breakdown and is currently seeking mental health treatment at the Federal Medical center in Lexington, Kentucky. I have a knot on the back of my head from a brutal baseball bat attack from the Defendant in front of Sparks Steakhouse because I didn't pay his prime rib bill. I seek a teleconference and allocution to be heard as I have new Evidence against Gotti. I can be reached or contacted below. I pray this court will grant my motions for relief.

respectfully,

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

7-16-09

Jonathan Lee Riches
#40948018
Federal medical center
P.O. Box 14500
Lexington, KY 40512

United States District Court
Eastern District of New York
Clerk of Court
225 Cadman Plaza East
Brooklyn, New York 11201