# The law offices of
# JOSEPH A. BONDY

Joseph A. Bondy

Of counsel
Robert Fogelnest*

*admitted in NY & PA

20 Vesey street
Suite 1200
New York, NY 10007
tel 212.219.3572
Fax 212.219.8456

josephbondy@mac.com

September 15, 2009

(By ECF)
Hon. Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:    United States v. Gotti, 02-cr-606 (FB)

Dear Judge Block:

    Peter Gotti respectfully submits the instant letter in response to the July 20, 2009 letter of Jonathan Lee Riches, who is detained in the mental ward of the Federal Medical Center, Lexington, Kentucky.

    Mr. Gotti asserts that Mr. Riches, a 32 year old, is not the father of his nephew, Peter, who is roughly the same age. He denies having hung Mr. Riches off a ferris wheel for his "Taco Bell check," or having knotted Mr. Riches' head with a baseball bat for failing to pay Mr. Gotti's "prime rib bill."

    Finally, Mr. Gotti denies having ever met with law enforcement agents.

    Thank you in advance for your courtesy and consideration of this matter.

                                       Very truly yours,

                                       Joseph A. Bondy

Cc:    AUSA Evan Norris