

Clerk's Office
Filed Date:
03/15/2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
P.O. Box 1600
Butner, NC 27509



February 25, 2021

Honorable Frederic Block
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 15 2021 ★
BROOKLYN OFFICE

RE: GOTTI, Peter
Reg. No.: 99109-012
Docket No.: CR-02-606-1(FB)

Dear Judge Block:

This letter is to advise you Mr. Peter Gotti, who was sentenced in your court on April 15, 2004, died at approximately 7:20 a.m. on Thursday, February 25, 2021. The cause of death was determined to be Cardiopulmonary Arrest.

Mr. Gotti was serving an aggregated 412-month, 5-day sentence for Racketeering, Money Laundering Conspiracy, and Money Laundering out of the Eastern District of New York; along with Participating in a Racketeering Enterprise, Racketeering Conspiracy, Conspiracy to Commit Murder in Aid of Racketeering, Conspiracy to Commit Extortion, out of the Southern District of New York [Docket No. S8 02 CR 00743(07)(RRC)]. He had a projected release date of September 10, 2031.

If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

T. Scarantino
Complex Warden

cc:

Seth D. DuCharme, U.S. Attorney
U.S. Attorney's Office
271 Cadman Plaza East
Brooklyn, New York 11201

Robert L. Capers, Chief U.S. Probation Officer
United States Probation Office
147 Pierrepont Street
Brooklyn, New York 11201-2712

J. C. Petrucci
Mid-Atlantic Regional Director
Junction Business Park
Federal Bureau of Prisons
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701